1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTONIO GOICOCHEA,                          No.  2:23-cv-02505-JDP (HC)

12                      Petitioner,               ORDER DIRECTING PETITIONER TO
                                                  EITHER SUBMIT AN APPLICATION TO
13          v.                                    PROCEED *IN FORMA PAUPERIS* OR PAY
                                                  THE REQUIRED FILING FEE
14   WARDEN,

15                      Respondent.

16

17          Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an *in forma*

19   *pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21   a request to proceed *in forma pauperis* or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27          2.  The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form

28   used by this district.

                                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   IT IS SO ORDERED.

2

3   Dated:    November 7, 2023    _____

JEREMY D. PETERSON
4                                UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28